. ■ IRVING A. MANDEL, Individually and as a Partner of MANDEL & GRUNFELD, a Partnership, Appellant, v HAROLD M. GRUNFELD et al., Respondents.—Appeal from order of Supreme Court, New York County (Bruce Wright, J.), entered on or about December 17, 1985, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur —Kupferman, J. P., Ross, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCAS RODRIGUEZ, Appellant.—Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on May 6, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY BRYANT, Appellant.—Judgment, Supreme Court, New York County (Herman Cahn, J.), rendered on October 31, 1984, unanimously affirmed, and motion by defendant to file a supplemental brief denied. No opinion. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK DAVID SWIFT, Appellant.—Judgment, Supreme Court, New York County (Luis Neco, J.), rendered on November 10, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Kassal, Ellerin and Wallach, JJ.